IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ADVANCED DISASTER RECOVERY, INC. | : |
| Plaintiff | : |
| vs | : No: 3:25-cv-00496 |
| SALVATORE DIDINO & SARAH DIDINO, | : |
| Defendants | : |

**COMPLAINT OF COUNTERCLAIM DEFENDANT, ADVANCED DISASTER RECOVERY, INC., AGAINST ADDITIONAL DEFENDANT, ERIC LOPES, A/K/A BLUE DOT SOLUTIONS**

AND NOW COMES the Counterclaim Defendant, Advanced Disaster Recovery, Inc., by and through its attorneys, Joseph R. Rydzewski, Esquire, and Zoe A. Otway, Esquire, of Spall, Rydzewski, Anderson, Lalley & Krajkovich, PC, and alleges as follows:

1.  Counterclaim Plaintiffs, Salvatore and Sarah Didino (the "Didinos") filed a Counterclaim in the underlying action against Counterclaim Defendant, Advanced Disaster Recovery, Inc. ("ADRI") alleging breaches of the Pennsylvania Unfair Trade Practices and Consumer Protection Law and the Home Improvement Consumer Protection Act, as well as breach of contract. *See* ECF No. 8.

1

2.      Counterclaim Defendant, Eric Lopes, is an adult citizen of the Commonwealth of Pennsylvania, residing at 110 Park Trail, Dingmans Ferry, Pennsylvania 18328, and trades as Blue Dot Solutions.

3.      The Counterclaim generally alleges that ADRI and/or ADRI's subcontractors "utilized substandard building practices and materials, resulting in structures that were not built to code, poor craftmanship, and malfunctioning and/or failing materials that caused actual physical damage to the [Didino's] home." *See* ECF No. 8 at Counterclaim ¶ 3.

4.      To the extent that the Didinos seek damages for improper, faulty, unworkmanlike or incomplete work on their residence, ADRI is not responsible.

5.      ADRI hired and secured the services of the Additional Defendant as its subcontractor for certain construction services on its behalf for rebuilding and remodeling the residential home of the Didinos after it was damaged by fire.

## COUNT I

6.      Counterclaim Defendant, Advanced Disaster Recovery, Inc., hereby incorporates by reference the averments contained in the preceding paragraph as if fully set forth at length herein.

7.      Without admitting the truth thereof, same being specifically denied pursuant to an Answer to Counterclaim, which has been filed of record at ECF No.

10, ADRI incorporates by reference the allegations in the Counterclaim as if fully set forth at length herein.

**8.**     Should the allegations contained in the Counterclaim be found to be true, said allegations being expressly denied, Additional Defendant, Eric Lopes was responsible for his failure to perform same in a good and workmanlike manner.

**9.**     ADRI hired and secured the services of Mr. Lopes, whereby he performed certain construction services on the subject premises.

**10.**    If it is judicially determined that the Didinos are entitled to recover on the causes of action declared in the Counterclaim, upon any theory, any and all liability on the part of ADRI being expressly denied as more fully set forth in ADRI's Answer to Counterclaim, then Additional Defendant Lopes is solely liable to the Didinos and ADRI seeks indemnity against Additional Defendant Lopes, and seeks to recover the entire amount for which this Additional Defendant may be held responsible for his failure to properly perform his construction services in a good and workmanlike manner.

**WHEREFORE,** Counterclaim Defendant, Advanced Disaster Recovery, Inc. respectfully requests:

1.     Judgment in its favor, together with costs;

2.     Judgment that, if there is any liability to Counterclaim Plaintiffs, Additional Defendant Eric Lopes is solely liable to Plaintiffs;

3. In the event that a verdict is recovered by Counterclaim Plaintiff against Counterclaim Defendant that Counterclaim Defendant may have judgment over and against Additional Defendant Eric Lopes by way of indemnification and/or contribution for the amount recovered by Counterclaim Plaintiff against Counterclaim Defendant, together with costs.

Respectfully Submitted,

SPALL, RYDZEWSKI, ANDERSON, LALLEY & KRAJKOVICH, PC

BY: _s/ Zoe A. Otway, Esquire_
ZOE A. OTWAY, ESQUIRE
Attorney for Counterclaim Defendant
ID # 329449
zoe@poconolawyers.net

AND

BY: _s/ Joseph R. Rydzewski, Esquire_
JOSEPH R. RYDZEWSKI, ESQ.
Attorney for Counterclaim Defendant
ID # 17652
2573 Route 6
Hawley, PA 18428
(570) 226-6229
joerr@poconolawyers.net

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of Plaintiff/Counterclaim Defendant, Advanced Disaster Recovery, Inc.'s Response to Counterclaims was served on all counsel of record via the Court's Electronic Filing System:

>Timothy E. Gates, Esq.
>John B. Dempsey, Esq.
>Frederick J. Lokuta, Esq.
>**Myers, Brier & Kelly, LLP**
>240 N. Third Street, 5th Floor
>Harrisburg, PA 17101
>tgates@mbklaw.com
>jdempsey@mbklaw.com
>flokuta@mbklaw.com
>*Attorneys for Defendants, Salvatore Didino and Sarah Didino*

SPALL, RYDZEWSKI, ANDERSON,
LALLEY & KRAJKOVICH, P.C.

Dated:   By: **s/ Zoe Otway**
JOSEPH R. RYDZEWSKI, ESQUIRE
ZOE A. OTWAY, ESQUIRE
Attorneys for Counterclaim Defendant,
Advanced Disaster Recovery, Inc.