IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ADVANCED DISASTER RECOVERY, INC., | : | No. 3:25cv496 |
|     Plaintiff/Counterclaim Defendant | : | (Judge Munley) |
| v. | : | |
| SALVATORE DIDINO and SARAH DIDINO, | : | |
|     Defendants/Counterclaim Plaintiffs | : | |
| v. | : | |
| ERIC LOPES d/b/a BLUE DOT SOLUTIONS, | : | |
|     Third-Party Defendant | : | |

| | | |
|---|---|---|
| ADVANCED DISASTER RECOVERY, INC., | : | No. 3:25cv539 |
|     Plaintiff | : | (Judge Saporito) |
| v. | : | |
| ERIC LOPES, | : | |
|     Defendant | : | |

## ORDER

Before the court is a motion to consolidate this matter, <u>Advanced Disaster Recovery, Inc. v. DiDino</u>, 3:25cv496, with <u>Advanced Disaster Recovery, Inc. v. Lopes</u>, No. 3:25cv539 (Saporito, J). (Doc. 17). The moving party, Plaintiff/Counterclaim Defendant Advanced Disaster Recovery, Inc. ("ADR"),

indicates that the motion is uncontested and that counsel for Salvatore and Sarah DiDino and Eric Lopes concur in the relief requested (Doc. 17-3).

On September 19, 2025, the court granted ADR's motion for *nunc pro tunc* relief in the DiDino matter and resolved any procedural issues regarding the third-party complaint filed against Eric Lopes, d/b/a Blue Dot Solutions in that action. (Doc. 22). On October 6, 2025, counsel entered their appearance and filed an answer on behalf of Lopes in the DiDino matter. (Doc. 23). Accordingly, ADR's motion to consolidate is properly postured for disposition.

Based on the parties' concurrence in the relief requested by ADR, it is hereby **ORDERED** that:

1) The above-captioned actions are **CONSOLIDATED** for both discovery and trial;

2) All further filings shall be captioned and filed in Advanced Disaster Recovery, Inc. v. DiDino, 3:25cv496; and

3) The Clerk of Court is directed to close Advanced Disaster Recovery, Inc. v. Lopes, No. 3:25cv539.

Date: 10/20/2025

BY THE COURT:

_____
JUDGE JULIA K. MUNLEY
United States District Court