# IN THE UNTITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ADVANCED DISASTER RECOVERY, INC.,** | : | |
| | : | |
| **Plaintiff/Counterclaim Defendant,** | : | |
| | : | |
| **v.** | : | **NO. 3:25-CV-496** |
| | : | |
| **SALVATORE DIDINO & SARAH DIDINO,** | : | **JUDGE MUNLEY** |
| | : | |
| | : | **ELECTRONICALLY FILED** |
| **Defendants/ Counterclaim Plaintiffs** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **ERIC LOPES d/b/a BLUE DOT SOLUTIONS,** | : | |
| | : | |
| **Third-Party Defendant.** | : | |

## ORDER

AND NOW, on this _____ day of _____, 2025, upon consideration of the Defendants' Motion to Extend Case Management Deadlines, IT IS HEREBY ORDERED that the Motion is GRANTED and the following deadlines are extended as follows:

| | |
|---|---|
| Discovery: | January 6, 2026 |
| Plaintiff's Expert Report(s): | January 6, 2026 |
| Dispositive Motions/Briefs: | February 10, 2026 |
| Defendant's Expert Report(s): | March 10, 2026 |

BY THE COURT:

_____
Judge Julia K. Munley
United States District Judge