IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ADVANCED DISASTER RECOVERY, INC. | : | |
| Plaintiff | : | |
| vs | : | No: 3:25-cv-00496-JKM |
| SALVATORE DIDINO & SARAH DIDINO, | : | |
| Defendants | : | |
| vs | : | |
| ERIC LOPES d/b/a BLUE DOT SOLUTIONS, | : | |
| Third Party Defendant | : | |

## ORDER

AND NOW, on this ____ day of December, 2025, upon consideration of Plaintiff, Advanced Disaster Recovery, Inc.'s Motion to Extend Case Management Deadlines, it is hereby **ORDERED** that said Motion is **GRANTED**, and the Case Management Deadlines are extended as follows:

    Discovery: March 9, 2026

    Plaintiff's Expert Reports: March 9, 2026

    Dispositive Motions: April 13, 2026

    Defendant Expert Reports: May 13, 2026

BY THE COURT:

_____
**JULIA K. MUNLEY, J.**