IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ADVANCED DISASTER RECOVERY, INC.** : | |
| Plaintiff/Counterclaim Defendant, : | Case No. 3:25-cv-0049-JKM |
| v. : | |
| **SALVATORE DIDINO &** : **SARAH DIDINO,** : | |
| Defendants/Counterclaim Plaintiffs : | |
| v. : | |
| **ERIC LOPES d/b/a** : **BLUE DOT SOLUTIONS,** : Third-Party Defendant, Counterclaim Plaintiff : | |

## THIRD MOTION TO EXTEND CASE MANAGEMENT DEADLINES

**AND NOW COMES** the Third Party-Defendant and Counterclaim Plaintiff, Eric Lopes d/b/a Blue Dot Solutions by and through its undersigned counsel, and moves as follows:

1. This Honorable Court, by Order dated October 30, 2025, on motion of Defendants Salvatore DiDino and Sarah DiDino, with concurrence of all counsel, entered a Case Management Order (ECF No. 26) in the above-referenced matter.

2. This Honorable Court, by Order dated December 08, 2025, on motion of Plaintiff, Advanced Disaster Recovery, Inc., with concurrence of all

counsel entered a Case Management Order (ECF 28) in the above-referenced matter.

3. Third-Party Defendant/Counterclaim Plaintiff Eric Lopes d/b/a Blue Dot Solutions has filed its first request to extend the case management deadlines.

4. The Parties have engaged in discovery; however, written discovery is still being finalized, depositions and subpoenas have been noticed and scheduled, and a site inspection remains to be completed. As a result, the Parties do not expect to finish discovery by the current deadline of March 09, 2026.

5. Therefore, the Parties have agreed, subject to this Court's approval, to extend all deadlines by sixty (60) days.

6. The Parties respectfully request that the Corut amend the current Case Management deadlines as follows:

| | |
|---|---|
| Discovery: | May 8, 2026 |
| Plaintiff's Expert Reports: | May 8, 2026 |
| Dispositive Motions: | June 12, 2026 |
| Defendant Expert Reports: | July 13, 2026 |

7. This Motion is made in good faith and not for the purpose of delay. No party will be prejudiced by the extension requested.

8. Counsel for Plaintiff, Advanced Disaster Recovery, Inc. and Defendants, Salvatore DiDino and Sarah DiDino concur in this Motion.

Dated: January 29, 2026

          Respectfully submitted,

          **LEVY, STIEH & BARON, P.C.**
          By:__/s/ *Steven Benedict*_____
             Steven Benedict, Esquire
             *Attorney for Third-Party Defendant*
             *Counterclaim Plaintiff*
             *Eric Lopes a/k/a*
             *Blue Dot Solutions*
             Attorney ID #311120
             542 U.S. Routes 6 & 209, P.O. Box D
             Milford, PA  18337
             P: (570) 296-8844/ F: (570) 296-3914
             E-mail: sbenedict@lsblawoffice.com

## CERTIFICATE OF CONCURRENCE

I, Steven Benedict, hereby certify that I sought the concurrence of counsel for Plaintiff, Advanced Disaster Recovery, Inc., Zoe A. Otway, and Defendants Salvatore DiDino and Sarah DiDino, Timothy Gates, in this motion. Counsel for all Parties concur in this motion.

Date: January 29, 2026 /s/ *Steven Benedict*_____
Steven Benedict

## CERTIFICATE OF SERVICE

I, Steven Benedict, hereby certify that hereby certify that a true and correct copy of the foregoing Motion to Extend Case Management Deadlines was served upon all counsel of record via the Court's ECF system on the date below.

Date: January 29, 2026 /s/ *Steven Benedict*_____
Steven Benedict

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ADVANCED DISASTER RECOVERY, INC. | : |
| Plaintiff/Counterclaim Defendant, | : Case No. 3:25-cv-0049-JKM |
| v. | : |
| SALVATORE DIDINO & SARAH DIDINO, | : |
| Defendants/Counterclaim Plaintiffs | : |
| v. | : |
| ERIC LOPES d/b/a BLUE DOT SOLUTIONS, Third-Party Defendant, Counterclaim Plaintiff | : |

## ORDER

AND NOW, on this ____ day of _____ 2026, upon consideration of Third-Party Defendant/Counterclaim Plaintiff, Eric Lopes d/b/a Blue Dot Solutions' Motion to Extend Case Management Deadlines, it is hereby **ORDERED** that said Motion is **GRANTED**, and the Case Management Deadlines are extended as follows:

| | |
|---|---|
| Discovery: | May 8, 2026 |
| Plaintiff's Expert Reports: | May 8, 2026 |
| Dispositive Motions: | June 12, 2026 |
| Defendant Expert Reports: | July 13, 2026 |

BY THE COURT:

_____
**JULIA K. MUNLEY, J.**